UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY VAN DURMEN,

    Petitioner,

v.

CAROLE HOWES,

    Respondent.

_____/

Case No. 1:10-cv-157

Hon. Ray Kent

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal clam.

Dated: March 28, 2023

/s/ Ray Kent
RAY KENT
United States Magistrate Judge