UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY VAN DURMEN,

    Petitioner,

Case No. 1:10-cv-157

Hon. Ray Kent

v.

CAROLE HOWES,

    Respondent.

_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  March 28, 2023

/s/ Ray Kent
RAY KENT
United States Magistrate Judge